IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

UNITED STATES OF AMERICA          *
                                  *
        v.                        *          CR 112-239-5
                                  *
DONTA DWAYN BETHA                 *

_____

O R D E R
_____

On April 23, 2013, Defendant Donta Dwayn Betha pleaded
guilty to conspiracy to possess with intent to distribute 5
grams or more of methamphetamine, in violation of 21 U.S.C. §
846.  He was sentenced to serve 216 months imprisonment.

Presently, Defendant has filed a motion to reduce his
sentence under 18 U.S.C. § 3582(c)(2) based upon Amendment 794
to the United States Sentencing Guidelines.  Amendment 794
sets out new guidelines for the determination of whether a
defendant should be granted a mitigating role reduction under
U.S.S.G. § 3B1.2.

Section 3582(c)(2) allows a court to modify an imposed
term of imprisonment if a defendant's sentencing range has
been subsequently lowered by the Sentencing Commission.
However, this provision is only triggered by an amendment
listed in U.S.S.G. § 1B1.10(d).  ("In determining whether, and
to what extent, a reduction in the defendant's term of

imprisonment under 18 U.S.C. § 3582(c)(2) . . . is warranted, . . . the court shall substitute **only** the amendments listed in subsection (d) . . . and shall leave all other guideline application decisions unaffected" (emphasis added).). Amendment 794 is not a listed amendment in U.S.S.G. § 1B1.10(d).[1] Consequently, even assuming Defendant's conduct would otherwise qualify him for a "minor role" reduction, Amendment 794 is not available to him retroactively in the post-conviction context.

Upon the foregoing, Defendant's motion to reduce sentence (doc. 229) is **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _____ day of September, 2016.

_____
HONORABLE J. RANDAL HALL
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

---

[1]     Indeed, the Sentencing Commission stated that Amendment 794 is intended only as a clarifying amendment. U.S.S.G. App. C, Amend. 794 (Reason for Amend.) ("This amendment provides additional guidance to sentencing courts in determining whether a mitigating role adjustment applies.").