IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CR 112-239-5 |
| | * | |
| DONTA DWAYN BETHA | * | |

O R D E R

Presently before the Court is Defendant Donta Dwayn Betha's motion to compel specific performance in which he requests that the Court "intervene and compel the reasoning" of the Government in not filing a motion for reduction of sentence under Federal Rule of Criminal Procedure 35(b). This is not Defendant's first request in this regard. Defendant sent a letter to the Court on August 14, 2017 seeking the same relief. The Court denied his request by written Order on August 30, 2017. Nothing has changed since then. The Court still lacks jurisdiction, and is therefore powerless, to grant the relief requested by Defendant. Accordingly, Defendant's recent motion for a reduction of sentence based on cooperation (doc. 233) is hereby **DENIED**.

**ORDER ENTERED** at Augusta, Georgia, this _13th_ day of June, 2018.

_____
J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA